ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                :

          -v.-                          :   **ORDER**

KATRISHA RENAE BIGSBY,                  :   07 Cr. 298
MOHOGANY SHAREA HUFF, and               :
JASON JARREAU WEATHERLY,                :

                    Defendants.         :

- - - - - - - - - - - - - - - - - - - - - X



        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Benjamin A. Naftalis;

        It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

        ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.


Dated:  New York, New York
        May ___, 2007


        MAY 1 4 2007

                                    _____
                                    UNITED STATE MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK

                                    HENRY PITMAN
                                    United States Magistrate Judge
                                    Southern District of New York