DEPARTMENT OF THE TREASURY – BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

## AFFIDAVIT

I, Aaron Weatherly, state that I reside at 927 W. Laclede, Youngstown, Ohio 44511

I was approached by Nikolet and Brian to purchase handguns; they claimed to pay me three hundred dollars for four high point nine millimeter handguns. I purchased the handguns on June 8, 2006 and gave them to the mentioned parties above. She said her boyfriend sells guns in New York, and that they will pay me when they return. I called three weeks later making threats about turning them in cause they hadn't paid me yet, at that time her (Nikolet's) sister called and said Nikolet had been arrested for gun trafficking in the State of New York. They said that I shouldn't worry cause they would scratch the serial numbers off of the guns. (Nikolet and Brian)

I have read the foregoing statement consisting of 2/ pages, each of which I have signed. I fully understand this statement and I declare, certify, verify and/or state under penalty of perjury that the foregoing is true and correct. I made the corrections shown and placed my initials opposite each. I made this statement freely and voluntarily without any threats or rewards, or promises of reward having been made to me in return for it. Executed on 9-27, 2006.

SIGNATURE OF AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS 27
DAY OF September, 2006

TITLE: Detective

WITNESS
SIGNATURE
TITLE: Special Agent

F F 5000.1 (12-83)

EXHIBIT A

9