My name is Jaason Jarreau Weatherly and I was born on April 24, 1985 in Youngstown, Ohio. Throughout my life I have had to deal with many adversities and challenges. I grew up in a home that was riddled with dysfunction. For many years I grew up with a drug addicted mother and often-times went hungry because of her said addiction. My father was also not there financially or emotionally until his death in 2002. In an effort to deal with what was going on at home I threw myself into my school work where I excelled immensely. I continued to do well until about my second year of high school, when my mother was brought up on Federal Charges. That's when I began to experiment with drugs and alcohol as a way to cope with what was going on at home. I also began skipping school and as a result my grades suffered immensely. By the time I dropped out of school in November of 2003, I was heavily addicted to Cocaine, Marijuana, Alcohol, and prescription drugs.. At that time I was at the lowest of the low. I was stealing in an effort to get high, I was not working and pretty much taking advantage of every good thing in my life. I was not working, but somehow managed to be high almost everyday of the week.

My life began to slowly turn around in April of 2006 when I was hired by Wal-mart Stores, Inc. I worked there for a period of three months until my termination in July of 2006. Throughout those months at Wal-mart I constantly thought about the way I was living and tried to change it. When I was approached by "Nikki" to purchase firearms for her boyfriend I was very apprehensive at first but ultimately agreed because I thought the money would help me turn my life around for the better, obviously it did not. The living conditions that I was in I would not have recommended on my worst enemy. I was living in a roach infested home with no running water and no hope of things getting better.

After the purchase of the firearms I was terribly regretting my decision to participate, but had not idea of what to do in order to make it right. This brings me to July of 2006, when I was terminated from Wal-mart. Since I had this new time on my hands I thought it would be a great opportunity to get my G.E.D. and get into school in an effort to turn my life around. I also had stop using cocaine, alcohol, and prescription drugs without any outside help, I did it all on my own with the help of GOD. When I received the scores from my G.E.D. exam I was surprised to find out that I still retained all of the knowledge that I acquired during my years of schooling. I had scored in the top 96 percentile of test takers for the year 2006. I then immediately went and signed myself up for Youngstown State University where I am currently enrolled and majoring in Accounting and Finance. My transition into the University was one with minimal difficulty and problems. I am currently doing well in school and life. I have not been in any brushes with the law since the infraction that I am currently being charged with aside from minor traffic violations. In writing this bio I'm not trying to get off, or refute the charges at hand, I am simply stating my story and letting whomever read it get some insight into my life and where I was at in that point of my life.

Currently I am attending school, working and trying to keep myself focused on school and out of trouble. The thing that I fear most about prison is my schooling. I have worked and fought so very hard to get in that I fear I won't have the opportunity to finish. I'm sure that you are asking yourself what does prison have to do with finishing school. The answer is this, I have fifteen thousand dollars out in student loans as of today, this is only my second year of school. If I am incarcerated, my loans would go into default and I would not be able to get back into school because I would have absolutely no way to pay

EXHIBIT B

them back. For the first time in my life I feel as though I have a purpose and a chance to do something better with my life. I would not call myself a model citizen nor a role model, however, I think that I have turned my life around for the better in a short period of time with minimal help and I just want the opportunity to continue to grow and become a better person and citizen. I would like to thank you for taking the time to read this and to ask for every possible consideration when it comes time for sentencing.

                                            Jaason Weatherly
                                            January 29, 2008