Schedule for Spring 2008

CORONA-N

## SOLAR
Student On-Line Advisement and Registration

STUDENT SCHEDULE    YOUNGSTOWN STATE UNIVERSITY    PAGE 1

PROCESSED: NOVEMBER 13, 2007 SOLAR
SPRING 2008 (BEGINS 01/14/08 ENDS 05/11/08)

NAME: Weatherly, Jaason J          PID: 0026l029
                                   SCHOOL: BUSINESS ADMIN.
ADDRESS: 750 Winona Drive          MAJOR: PRE-BUS ACCTG
                                   RANK: FRESHMAN
         Youngstown, OH 44511      PHONE: (330) 519-9522

CRSE SUM                                            TIMES
CODE SES DEPT CAT.  DESC          CR ADDL GRD
                                  HR FEE  OPT DAYS STRT END BLG ROOM

1306     ENGL 1550  INTRO TO LITERAT 3          M W F  1300 1350 01  107
1476     ENST 1560  INTRO TO ENVIRON 3          M W F  1100 1150 22  2000
2151     MATH 1540  COLLEGE BUS MATH 3          M W F  1000 1050 24  3095
2604     POLIT 1550 INTRO TO POLIT S 3           T TH  1100 1215 01  205
3702     MGT 2604   LGL ENVRMNT OF B 3          M W F  0900 0950 29  115

Print    Next

Contact Us    Home
January 30, 2008 6:55 PM

EXHIBIT C