

# Youngstown
## STATE UNIVERSITY

One University Plaza, Youngstown, Ohio 44555
Department of Counseling and Special Education
330.941.3257

January 31, 2008

To Whom It May Concern:

Jaason Weatherly has been employed by the Department of Counseling and Special Education at Youngstown State University since 1/28/08.

Sincerely,

*Martha Davies*

Martha A. Davies, Administrative Assistant
Department of Counseling and Special Education

EXHIBIT D

www.ysu.edu  YSU