

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### Report on Offender Under Supervision
### and/or
### Petition for Warrant or Summons

| | |
|---|---|
| Offender: Jason Weatherly | Docket Number: 07 CR 298(LAP) |
| Sentencing Judicial Officer: | Honorable Loretta A. Preska, United States District Judge |
| Date of Original Sentence: | February 20, 2008 |
| Original Offense: | Conspiracy to Deal Firearms (18 USC 371), Class D Felony |
| Original Sentence: | Five (5) years probation, the following special conditions were ordered as follows: a $100 Special Assessment fee; defendant shall participate in a substance abuse program; the defendant shall submit his person, residence, place of business, vehicle, or any other premises under his control to a search. |
| Type of Supervision: Probation | Date Supervision Commenced: February 20, 2008 |

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Non-compliance |
|---|---|
| 1 | ON OR ABOUT JUNE 11, 2008 THE PROBATIONER USED A CONTROLLED SUBSTANCE, TO WIT, MARIJUANA. MANDATED CONDITION, MANDATORY REVOCATION, GRADE C VIOLATION. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 8/29/08

Weatherly, Jason                                               P51684-P.Merrigan

## U.S. PROBATION OFFICER ACTION

This office recently received documents from U.S. Probation Officer (USPO) Stephen J. Roberts from the Northern District of Ohio Probation Office requesting that we submit a status report to Your Honor with regards to the defendant's performance on supervised release.

## CAUSE

On June 11, 2008, Weatherly provided a urine specimen to the U.S. Probation Department, which tested positive for THC metabolite. These results were certified by Kroll Laboratories on June 21, 2008. In response to his drug use, USPO Stephen J. Roberts referred Weatherly to out-patient substance abuse treatment at a local treatment facility approved by the United States Probation Office. USPO Roberts will continue to monitor his adjustment closely and appropriate reports that follow.

On February 20, 2008, Weatherly commenced supervision in the Northern District of Ohio based on the geographical confines of his residence in that district. He is residing at 569 Willis Avenue, Youngstown, Ohio with his mother and two brothers. He is currently attending Youngstown State University as and is currently employed as a student assistant. He has reported as directed, submitted monthly reports in a timely manner, and has not sustain any new arrests while on supervision. To date his $100 special assessment fee has not been satisfied.

## RECOMMENDATION AND JUSTIFICATION

In this case, the Probation Department respectfully recommends that Your Honor take no action at this time. The Probation Department will notify your Honor of any future noncompliant behavior. If Your Honor concurs with the recommendation, please indicate on the attached document.

Respectfully submitted,

Chris J. Stanton

Chief U.S. Probation Officer

Peter A. Merrigan

Supervising U.S. Probation Officer

Date: 6/25/01

Weatherly, Jason                                              P51684-P.Merrigan



07 CR 298(LAP)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE
*Judicial Response*

[X]   Court approves U.S. Probation Officer's recommendation.

or

The Court Orders:

[ ]   The Issuance of a Summons

> The Offender is directed to appear as follows:
>
> Date: _____
>
> Time: _____
>
> Place: _____

[ ]   The Issuance of a Warrant

[ ]   Submit a Request for Modifying the Condition or Term of Supervision

[ ]   Other

*Loretta A. Preska*
Signature of Judicial Officer

*August 28, 2008*
Date